**FILED**

OCT 25 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>EDRA D. BLIXSETH<br><br>        Debtors.<br> | CV 14-51-BU-SEH |
| WESTERN CAPITAL PARTNERS, LLC,<br><br>        Appellant,<br><br>v.<br><br>RICHARD J. SAMSON, AS TRUSTEE<br>FOR THE CHAPTER 7 ESTATE OF<br>EDRA D. BLIXSETH,<br><br>        Appellee. | ORDER |

On July 31, 2014, Appellant Western Capital Partners, LLC ("Western

Capital") appealed an Order entered July 10, 2014, by the United States

1

Bankruptcy Court for the District of Montana regarding the disbursement of funds in the amount of $18,965.49.[1] Western Capital argues that the Bankruptcy Court erred in approving Appellee Richard J. Samson's ("Samson") distribution of such funds because the funds were subject to a perfected UCC security interest in favor of Western Capital. The Bankruptcy Court's decision was based in large part on a judgment it entered in Samson's favor in Adversary Proceeding No. 10-94. At the time the Court entered the decision on appeal here, its judgment in Adversary Proceeding No. 10-94 was on appeal before Chief Judge Dana L. Christensen.[2] Judge Christensen's decision affirming the Bankruptcy Court's judgment was reversed in part by the Ninth Circuit Court of Appeals on March 9, 2017.[3] Given the partial reversal of the Bankruptcy Court's judgment by the Ninth Circuit, this Court finds it appropriate to remand this matter back to the Bankruptcy Court for further proceedings in accordance with the partial reversal.

ORDERED:

This case is remanded to the Bankruptcy Court for further proceedings in accordance with the Ninth Circuit Court of Appeal's decision in *Samson v.*

---

[1] Doc. 1.

[2] *See In Re Edra D. Blixseth*, CV 13-25-BU-DLC.

[3] *See Samson v. Western Capital Partners, LLC (In re Blixseth)*, 2017 WL 929206 (9th Cir. 2017)

*Western Capital Partners, LLC (In re Blixseth)*, 2017 WL 929206 (9th Cir. 2017)

DATED this 25th day of October, 2017.

SAM E. HADDON
United States District Judge